UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
GLOBAL CARBON OPPORTUNITY      :
(CAYMAN) FUND LTD, et al.,      :
                                Plaintiffs,  :      24 Civ. 4562 (LGS)
      :
            -against-            :       ORDER
      :
CME GROUP INC., et al.,      :
                              Defendants.  :
      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this case was recently reassigned to me.

      WHEREAS, Judge Ramos ordered that discovery be stayed pending Defendants' motion to dismiss and set a briefing schedule for that motion. It is hereby

      **ORDERED** that the parties shall adhere to the briefing schedule previously set, with Defendants filing a motion to dismiss by October 2, 2024, Plaintiffs filing a response by October 23, 2024, and Defendants filing a reply by October 30, 2024. The parties shall comply with the Court's Individual Rules in filing their motions and supporting papers. It is further

      **ORDERED** that discovery shall remain stayed during while the motion to dismiss is pending.

Dated: September 24, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**