**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GLOBAL CARBON OPPORTUNITY
(CAYMAN) FUND LTD. et al.,

                    Plaintiffs,

     -against-                                   24 **CIVIL** 4562 (LGS)

                                                        **<u>JUDGMENT</u>**

CME GROUP INC., et al.,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 17, 2025, Defendants' motion to dismiss is GRANTED. The CEA claim is dismissed with prejudice, and the state law claims are dismissed without prejudice to refiling in state court. Accordingly, the case is closed.

**Dated:**  New York, New York

      July 18, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                      **BY:**

                                                           **Deputy Clerk**